PER CURIAM.

(No. 74-CC-125—Claimant ▮▮▮▮

MIDLOTHIAN PHARMACY, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 13, 1973.*

MIDLOTHIAN PHARMACY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.